JOSEPH O'CONNOR, an Infant, by CATHERINE O'CONNOR,
His Guardian ad Litem, Respondent, *v.* JACOB MORCH,
Appellant.

*O'Connor* v. *Morch*, 106 App. Div. 611, appeal dismissed.
(Submitted October 2, 1905; decided October 10, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the judgment and order appealed from, said judgment unanimously affirming a judgment of damages for a personal injury and no permission to appeal therefrom having been granted.

*John P. Donnelly* and *K. C. McDonald* for motion.

*Thomas C. Whitlock* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

(Submitted October 2, 1905; decided October 10, 1905.)